**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KENDRICK STORY
ADC #109934**                                                                                                    **PETITIONER**

**v.**                                                      **Case No. 4:21-cv-00564 KGB**

**DEXTER PAYNE, Director,
Arkansas Division of Correction**                                                       **RESPONDENT**

**ORDER**

The Court has received Proposed Findings and Recommendations ("Recommendations")

submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3).  Petitioner Kendrick

Story filed objections to Judge Kearney's Recommendations (Dkt. No. 5).  After a review of the

Recommendations and Mr. Story's objections, as well as a *de novo* review of the record, the Court

adopts the Recommendations in their entirety as this Court's findings in all respects (Dkt. No. 3).

The Court dismisses without prejudice Mr. Story's petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254 for lack of jurisdiction (Dkt. No. 2).   The Court denies as moot Mr.

Story's motion to proceed *in forma pauperis* and motion for status update (Dkt. Nos. 1; 6).   The

Court declines to issue a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)-(2).

It is so ordered this 23rd day of May, 2022.

_____
Kristine G. Baker
United States District Judge