IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENRAL DIVISION

**KENDRICK STORY**
**ADC #109934**                                                                                                    **PETITIONER**

v.                              Case No. 4:21-cv-00564 KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                           **RESPONDENT**

<u>**JUDGMENT**</u>

    Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Kendrick Story's petition is dismissed without prejudice. The relief requested is denied.

    It is so ordered this 23rd day of May, 2022.

                                                                                      Kristine G. Baker
                                                                                    United States District Judge